**Order entered November 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00082-CR**
**No. 05-19-00083-CR**
**No. 05-19-00084-CR**

**CASEY MICHAEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-41184-V, F17-41185-V & F17-41186-V**

## ORDER

Before the Court is the State's October 30, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received on October 30, 2019 filed as of the date of this order.

/s/ LANA MYERS
   JUSTICE